# United States Court of Appeals
## For the First Circuit

No. 00-1621

JOHN M. MCCAMBRIDGE,

Petitioner, Appellant,

v.

TIMOTHY HALL, SUPERINTENDENT,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this court, issued August 27, 2002, should be amended as follows:

Page 7, line 26: insert "was" between "McCambridge" and "in"